**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  David J. Marsh & Tina S. Marsh | : | Case No. 10-61320 |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| | : | Judge Hoffman, Jr. |

**NOTICE OF CHANGE OF ADDRESS ON BEHALF OF**
**CREDITOR, STATE OF OHIO, DEPARTMENT OF TAXATION**

    PLEASE TAKE NOTICE that Creditor, State of Ohio, Department of Taxation, requests the following address change for trustee payments in this matter:

1. **Old Address:**

   Eleanor Beaver Haynes
   Special Counsel
   399 East Main Street, Suite 200
   Columbus, Ohio 43215

2. **New Address:**

   Ohio Attorney General, Collections Enforcement
   150 E. Gay St., 21st Floor
   Columbus, Ohio 43215

    Respectfully submitted,

/s/ Erin M. Dooley
Erin M. Dooley (0089092)
THE LAW OFFICE OF
CHARLES MIFSUD, LLC
Special Counsel to the Attorney General
6305 Emerald Parkway
Dublin, OH 43016
Phone – (614) 389-6357
Fax – (614) 389-2294
Attorneys for State of Ohio,
Department of Taxation